## United States District Court

### Southern District of Texas

Filemon B. Vela
Judge
P. O. Box 1072
Brownsville, Texas 78521

United States District Court
Southern District of Texas
ENTERED
JUL 0 9 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 0 9 1998
Michael N. Milby, Clerk of Court

July 9, 1998

Mr. Tom Fleming
FLEMING, HEWITT & OLVERA
FirstBank Sunrise Building
1175 FM 802
Brownsville, Texas 78521-1567

Mr. Michael L. Goldstone
LIDDELL, SAPP, ZIVLEY, HILL & LaBOON
600 Travis, Suite 3400
Houston, Texas 77002-3004

    Re: Civil Action No. B-98-011, Southwest Associated Painters, Inc. vs. Modu Glomar Celtic Sea

Counselors:

    Please notice that in a continuing effort to more promptly address the Civil Docket of this Court, effective September 1, 1984, the conduct of all matters relating to all civil cases assigned to <u>this</u> Judge will be served exclusively by the Magistrate initially designated upon filing. The Clerk shall direct all motions, requests and applications for relief through final pre-trial orders to the Magistrate Judge (except dispositive motions which shall be reviewed by the District Judge for mutual consideration and study).

    THE JUDGES OF THE SOUTHERN DISTRICT OF TEXAS HAVE ADOPTED A POLICY BY WHICH NONCOMPLIANCE WITH THE RULES WILL RESULT IN SANCTIONS. IT IS EXTREMELY IMPORTANT THEN THAT ALL COUNSEL ADHERE TO DEADLINES AND COMPLY WITH ALL ORDERS OF THE DISTRICT JUDGES AND THE MAGISTRATE JUDGES.

    An initial pretrial conference is set for July 21, 1998 at 10:00 a.m. before the Honorable Fidencio G. Garza, Jr., in Brownsville, Texas. Should there be no pending motions ripe for ruling, the parties may request that such hearing be conducted telephonically. The main purpose of the initial pretrial conference is to determine the status of the case and, if necessary, to set dates for:

1. Discovery deadlines;

2. Conduct of the case including additional pre-trial conferences, and hearings on motions;

    3.    Filing of the Pre-trial Order setting forth:

        a.    the nature of the case;
        b.    contentions of the case;
        c.    stipulations;
        d.    specific issues of fact, as they are to be submitted to the jury;
        e.    issues of law if any;
        f.    list of all pending motions;
        g.    approximate duration of trial;
        h.    in non-jury cases, specific proposed findings of fact and conclusions of law.

    4.    A final pre-trial and settlement conference; and

    5.    A trial on the merits.

THE PRE-TRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRE-TRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with the dictates of Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

"contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4).

All counsel should be further advised that the new Local Rules no longer require the affixing of a submission date on an opposed motion. Instead, the new rule provides that all "[o]pposed motions will be submitted to the judge twenty (20) days from filing without notice from the Clerk and without appearance by counsel." Rule 6(D).

                                                  Very truly yours,

                                                  Filemon B. Vela

cc:   Honorable Fidencio G. Garza, Jr.
      United States Magistrate Judge