```
United States District Court
Southern District of Texas
     ENTERED

    JUL 22 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk
```

14

```
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
         FILED

      JUL 21 1998

  Michael N. Milby, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SOUTHWEST ASSOCIATED PAINTERS, INC.    *
                                       *
VS                                     *   C.A. NO. B98 011
                                       *
MODU GLOMAR CELTIC SEA                 *

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **December 31, 1998**. If additional time is required, a motion requesting such extension must be filed no later than **November 30, 1998**. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than **February 15, 1999**:

   (a) the nature of the case;
   (b) contentions of the parties;
   (c) stipulations;
   (d) specific issues of fact, as they are submitted to the jury;
   (e) issues of law, if any;
   (f) list of all pending motions;
   (g) approximate duration of trial; and
   (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by _____.
    (b) Defendant/s shall designate expert witnesses, if applicable, by _____.

(5) A final pretrial and settlement conference be set for **March 5, 1999, 2 pm**.

(6) Trial on the merits be set for **April, 1999**, docket call.

DONE at Brownsville, Texas, on **July 21, 1998**.

              /s/ Fidencio G. Garza, Jr.
              Fidencio G. Garza, Jr.
              United States Magistrate Judge