16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SOUTHWEST ASSOCIATED                          *
         VS                                   *   C.A. NO. B98 011
GLOBAL MARINE DRILLING COMPANY,               *
As Claimant of MODU GLOMAR CELTIC SEA

United States District Court
Southern District of Texas
ENTERED
DEC 15 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ORDER GRANTING MOTION
FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by **March 15, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **February 15, 1999**. Failure to file such motion shall conclude further discovery.

(2)   All other motions, including joinder of parties must be filed no later than ten (1O) days after the completion of discovery.

(3)   A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States district Court for the Southern District of Texas, shall be filed no later than **April 15, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)   A final pretrial and settlement conference be set for **April 22, 1999, 1:30 p.m.**

(6)   Trial on the merits be set for **May, 1999**, docket call.

DONE at Brownsville, Texas, on **December 11, 1998.**

                                    _____
                                          John Wm. Black
                                    United States Magistrate Judge