21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
APR 12 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

SOUTHWEST ASSOCIATED PAINTERS, §
INC. §
 §
VS. § CIVIL ACTION NO. B-98-011
 §
GLOBAL MARINE DRILLING COMPANY, §
ET AL. §

TYPE OF CASE:       __X__ CIVIL                                          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**FINAL PRETRIAL AND SETTLEMENT CONFERENCE**

PLACE:                                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:              CONTINUED TO DATE AND TIME:

**APRIL 22, 1999 AT 1:30 P.M.**                                     **APRIL 27, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 12, 1999

TO:     MR. TOM FLEMING
        MR. MARION McDANIEL, JR.