24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHWEST ASSOCIATED PAINTERS, INC. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-011 |
| GLOBAL MARINE DRILLING COMPANY, as Claimant of MODU GLOMAR CELTIC SEA, | § § § § § | IN ADMIRALTY<br><br>Subject to Rule 9(h) of the FED.R.CIV.P. |
| Defendant. | § | |

# ORDER

On this day came to be considered Global Marine Drilling Company's Motion for Leave to File First Amended Answer and Counterclaims. Upon consideration of said motion and any other matters properly before it, the Court is of the opinion that the motion should be and is hereby GRANTED.

Therefore, Global Marine Drilling Company is hereby granted leave to file its First Amended Answer and Counterclaims.

SIGNED this 27th day of APRIL, 1999.

_____
PRESIDING JUDGE

H1995A:340567-1
015838:0041