25

United States District Court
Southern District of Texas
ENTERED

APR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| SOUTHWEST ASSOCIATED PAINTERS, INC. | § § § | |
| VS. | § | CIVIL ACTION NO. B-98-011 |
| GLOBAL MARINE DRILLING COMPANY, AS CLAIMANT OF MODU GLOMAR CELTIC SEA | § § § § | |

## ORDER

Came on to be considered, the Final Pretrial and Settlement Conference, the Court set the following scheduling dates:

The updated joint pretrial order must be filed on or before August 20, 1999.

Final pretrial is set for September 2, 1999 at 8:30 A.M. before Judge Filemon B. Vela.

Trial on the merits will be set by Judge Filemon B. Vela.

DONE at Brownsville, Texas, this 28th day of April 1999.

John Wm. Black
United States Magistrate Judge