United States District Court
Southern District of Texas
RECEIVED

JUN 0 3 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SOUTHWEST ASSOCIATED PAINTERS, INC. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-011 |
| GLOBAL MARINE DRILLING COMPANY, as Claimant of MODU GLOMAR CELTIC SEA, | § § § § | ADMIRALTY |
| Defendant. | § § | |

**CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Gregory F. Burch | Global Marine Drilling Company | June 2, 1999 |
| J. Rolando Olvera | Southwest Associated Painters, Inc. | June 3, 1999 |

**ORDER OF TRANSFER**

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

6-29-99
DATE

Filemon B. Vela.
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.