# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHWEST ASSOCIATED PAINTERS, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-011 |
| GLOBAL MARINE DRILLING COMPANY, ET AL. | § § § | |

TYPE OF CASE:   __X__ CIVIL                                   ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**BENCH TRIAL**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 18, 1999 AT 9:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 1, 1999

TO:   MR. TOM FLEMING
      MR. MARION McDANIEL, JR.