38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHWEST ASSOCIATED PAINTERS, INC., Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-011 |
| GLOBAL MARINE DRILLING COMPANY, as Claimant of MODU GLOMAR CELTIC SEA, Defendant. | § § § § § | |

## FINAL JUDGMENT

This action came on for trial before the Court, Honorable John Wm. Black, Magistrate Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

It is Ordered and Adjudged that Southwest Associated Painters Inc. take nothing, that the actions be dismissed on the merits, and that Global Marine Drilling Company recover from Southwest Associated Painters Inc.:

Twenty-nine Thousand, Three Hundred and Two Dollars and Eight Cents ($29,302.08) for overpayment to Southwest Associated Painters Inc. on the contract,

Two Hundred and Thirty Eight Thousand, Eight Hundred and Seventy Eight Dollars and Zero Cents ($238,878.00) for attorney's fees,

and Twenty Thousand, Nine Hundred and Ninety Two Dollars and Fifty Four Cents ($20,992.54) for costs associated with this action.

DONE at Brownsville, Texas on this 18 day of APRIL, 2000.

John Wm. Black
United States Magistrate Judge