41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
MAY 23 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHWEST ASSOCIATED PAINTERS, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-011 |
| GLOBAL MARINE DRILLING COMPANY, AS CLAIMANT OF MODU GLOMAR CELTIC SEA | § § § | |

### ORDER ON PLAINTIFF'S MOTION FOR NEW TRIAL

On May 23, 2000, the Court considered Plaintiff Southwest Associated Painters, Inc.'s Motion for New Trial and/or Alternatively to Amend Judgment. (Docket No. 39). After considering the Motion and Global Marine's Response (Docket No. 40), the Motion is **DENIED**.

SIGNED at Brownsville, Texas, this 23rd day of May, 2000.

_____
John Wm. Black
United States Magistrate Judge